**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 772 MAL 2015
  :
             Respondent   :
  :
  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court
           v.   :
  :
  :
  :
ROBERTO MONTALVO,   :
  :
           Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.